# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDREW WEARY | CIVIL ACTION |
| VERSUS | NO: 10-1793 |
| N. BURL CAIN, BUDDY CALDWELL | SECTION: "C" (4) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, Respondents' objections to the Magistrate Judge's Report and Recommendation, and petitioner's opposition to objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

IT IS ORDERED that Andrew Weary's petition for issuance of a writ of habeas corpus, pursuant to 28 U.S.C. § 2254 is DENIED IN PART as to his claims of constructive denial of effective assistance of counsel, ineffective assistance of counsel, and insufficient evidence to convict him of the armed robbery, and these claims are DISMISSED WITH PREJUDICE; and it is GRANTED IN PART only as to the double jeopardy claim unless, within 90 days from the entry of a judgment by this Court, the Louisiana State Courts do the following: (1) vacate the sentences imposed for the armed robbery and attempted first degree murder convictions; (2) vacate the conviction for one of the offenses; and (3) resentence Weary on the remaining offense. The case

Respondents cite to in their objections, *Morris v. Matthews*, 475 U.S. 237 (1986), is inapposite to this case.

New Orleans, Louisiana, this 22 day of February, 2012.

HELEN G. BERRIGAN
**UNITED STATES DISTRICT JUDGE**