UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANDREW WEARY** | **CIVIL ACTION** |
| **VERSUS** | **NO:     10-1793** |
| **N. BURL CAIN, BUDDY CALDWELL** | **SECTION: "C" (4)** |

## JUDGMENT

The Court, having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its own opinion herein; accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that there be judgment in part in favor of the respondent, the Louisiana State Courts, and against petitioner, Andrew Weary, dismissing with prejudice Weary's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 as to his claims of constructive denial of effective assistance of counsel, ineffective assistance of counsel, and insufficient evidence to convict him of the armed robbery.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that there be judgment in part in favor of petitioner, Andrew Weary, and against the respondent, the Louisiana State Courts, granting Weary's petition only as to the double jeopardy claim unless, within 90 days from the entry of a judgment by this Court, the Louisiana State Courts do the following: (1) vacate the sentences imposed for the armed robbery and attempted first degree murder convictions; (2) vacate the

conviction for one of the offenses; and (3) resentence Weary on the remaining offense.

New Orleans, Louisiana, this 23rd day of February, 2012.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　**HELEN G. BERRIGAN**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**