UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDREW WEARY | CIVIL ACTION NO.  10-1793 |
| VERSUS | SECTION "C" |
| N. BURL CAIN, et al | MAGISTRATE (4) |

## RESPONSE TO ORDER

**MAY IT PLEASE THE COURT:**

The District Attorney for the Parish of St. Tammany, State of Louisiana files this response to this Court's Order signed on October 22, 2014.  Pursuant to the Order of this Court, the State attaches the transcript from the state court proceeding held on September 13, 2013.[1]  In addition, as this Court is aware, the United States Fifth Circuit Court of Appeal issued its judgment in this case on October 23, 2014 affirming the judgment of this Court.

---

[1] This Court's Order requested the transcript from September 16, 2013.  The minute entry contained two dates, both September 13 and 16, 2013.  According to the Clerk's office, the date of September 16 was a typographical error as the hearing was held on September 13, 2013.

        Respectfully submitted:

By:   s/Kathryn Landry
     KATHRYN LANDRY, Bar No. 19229
     P. O. Box 82659
     Baton Rouge, LA 70884
     Telephone: (225) 766-0023
     Facsimile: (225) 766-7341

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Response to Order has been sent via United States mail, postage prepaid, to the opposing party herein:

Andrew Weary #100956
Louisiana State Penitentiary
Angola LA 70712

Baton Rouge, Louisiana this 20th day of November, 2014.

     s/Kathryn Landry
     KATHRYN LANDRY