```
 1                TWENTY-SECOND JUDICIAL DISTRICT COURT
 2                       PARISH OF WASHINGTON
 3                        STATE OF LOUISIANA
 4
 5     STATE OF LOUISIANA
 6     VERSUS
 7     ANDREW WEARY                        NO. 00-CR5-79804 "B"
 8     * * * * * * * * * * * * * * * * * * * * * * * * * *
 9
10              TRANSCRIPT OF PROCEEDINGS before the
11          Honorable August J. Hand, Twenty-Second Judicial
12          District Court, Division "B", Parish of
13          Washington, State of Louisiana, on the 13th day
14          of September, 2013, in Franklinton, Louisiana.
15
16     APPEARANCES:
17
18          JACK HOFFSTADT, ASSISTANT DISTRICT ATTORNEY
19          (ON BEHALF OF STATE OF LOUISIANA)
20
21          KEVIN LINDER, PUBLIC DEFENDER'S OFFICE
22          (ON BEHALF OF ANDREW WEARY)
23
24
25
26
27
28
29     REPORTED AND TRANSCRIBED BY:
30          LAURA L. CHABRECK, CCR
31          CERTIFIED COURT REPORTER
32          CERTIFICATE NO. 22013
```

COPY

Copy mailed to Def 3/18/14 LGP

```
 1                    P R O C E E D I N G S
 2
 3           (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD
 4           IN OPEN COURT:)
 5
 6           THE COURT:
 7                    Mr. Weary, do you want to step on
 8                down, Sir?
 9           MR. LINDER:
10                    May we approach?
11           THE COURT:
12                    Yes, sir.
13           (WHEREUPON, THERE WAS AN OFF-THE-RECORD
14           DISCUSSION HELD AT SIDEBAR.)
15           (WHEREUPON, THE DISCUSSION HELD AT SIDEBAR WAS
16           CONCLUDED.)
17           THE COURT:
18                    I've got a copy of Judge Berrigan's
19                ruling here.  So I'm just trying to
20                clarify in the Record a few issues in my
21                mind since I wasn't the presiding judge
22                back in --
23           MR. WEARY:
24                    Yeah, but I had filed a motion to
25                continue this hearing.
26           THE COURT:
27                    You did?
28           MR. WEARY:
29                    Well, I'm under order from the
30                Federal Judge to do this within ninety
31                days.
32           THE COURT:
```

```
 1                    Right.
 2         THE COURT:
 3                    So I am concerned about, you know,
 4              unless the Federal Court has granted an
 5              extension to this Court --
 6         MR. WEARY:
 7                    They granted an informal pauper to
 8              appeal to it, for me to appeal to the
 9              United States Fifth Circuit Court of
10              Appeal.  The order granted you an
11              extension of time.
12         THE COURT:
13                    Okay.  On the issues that they
14              denied you're saying?
15         MR. WEARY:
16                    Right.
17         THE COURT:
18                    Because you --
19         MR. WEARY:
20                    Well, no, no, no.  The issues that
21              they denied in the order basically is a
22              motion for in camera inspection of
23              proceedings that was held on May 23rd and
24              a motion for --
25         THE COURT:
26                    Do you mind if I look at what you're
27              speaking of that you filed so I'll, I
28              don't know what you subsequent to me
29              getting this court order relative to
30              Judge Berrigan's ruling which was dated
31              about a month, I don't know, about a
32              month ago I guess, August 19th?
```

```
 1      MR. WEARY:
 2              All right.
 3      THE COURT:
 4              So it's a little less than a month
 5          ago I got.
 6      MR. WEARY:
 7              I have a --
 8      THE COURT:
 9              That's why I set this.
10      MR. WEARY:
11              I have a copy of the granting of the
12          COA.  I have a copy of the order being
13          issued for the specific issues.
14      THE COURT:
15              Okay.  Let me view mine.  If I look
16          at that so I can make sure I fully
17          understand what I'm doing here.
18      MR. WEARY:
19              I was trying to find a copy of the,
20          what I have, the mail slip for the motion
21          to continue.  Excuse me, Your Honor.
22          That's the mail slip that -
23      MADAM CLERK:
24              I haven't received that.
25      THE COURT:
26              This clerk's office has not received
27          anything since the date of the Federal
28          Court ruling ordering me to vacate
29          certain things and re-sentence
30          essentially on one particular charge.
31          (Reviews documents.)
32              So your motion for continuance is of
```

4

```
 1                    this Court to continue today's hearing.
 2          MR. WEARY:
 3                    Right.
 4          THE COURT:
 5                    All right.  Whereas you had filed in
 6                    the Federal Court basically a request
 7                    which has certified by the U.S. District
 8                    Court certified that an appeal, there's
 9                    an issue to be heard by the Federal
10                    Appellant level as to whether the
11                    District Court, U.S. District Court's
12                    ruling was correct in allowing this Court
13                    to proceed with today's ruling.
14          MR. WEARY:
15                    Right.
16          THE COURT:
17                    In my mind there's been no stay
18                    order issued of any kind by the Federal
19                    Court and I would be remiss in not going
20                    forward with what I've been ordered to by
21                    the Federal Court.  In my mind I do not
22                    prejudice your appeal in the federal
23                    system if you are successful in that
24                    effort.
25                    In other words, if the Federal Fifth
26                    Circuit says "U.S. Circuit Court you were
27                    wrong in granting an extension in the
28                    district court," they can still order to
29                    undo whatever I do here today.  And I'm
30                    not going to deviate from my prior court,
31                    the order presented to this Court by the
32                    U.S. District Court that I need to
```

```
 1                    re-sentence you within ninety days.
 2                    That's why you're here and I'm not going
 3                    to deviate from that.  So I'm going to
 4                    deny a continuance of today's proceeding
 5                    based upon, just because you filed these
 6                    additional pleadings in Federal Court.
 7                    This is not, what I do here today is not
 8                    going to prejudice in my mind what you're
 9                    doing in the federal system, okay?
10          MR. WEARY:
11                    Yes, sir.
12          THE COURT:
13                    All right.  If you make, whatever,
14                    whatever they decide to do they do.  What
15                    I do, I do.  Anything further, Mr. Weary
16                    before we proceed?
17          MR. WEARY:
18                    I --
19          THE COURT:
20                    I think I have a good handle on what
21                    we're doing now.
22          MR. WEARY:
23                    I think that's it.
24          THE COURT:
25                    Okay.  This matter is brought before
26                    the Court pursuant to an order of the
27                    Judge, Honorable Helen G. Berrigan of the
28                    United States District Court which has
29                    ordered this Court to reconsider previous
30                    sentences relative to two counts in
31                    docket number 00-CR5-79804 whereby Mr.
32                    Weary had been previously convicted of
```

| | |
|---|---|
| 1 | armed robbery and attempted murder. |
| 2 | Pursuant to the order of Judge Berrigan, |
| 3 | the Court at this time is going to vacate |
| 4 | the sentences as to both counts. The |
| 5 | Court further is going to vacate and set |
| 6 | aside the conviction of Mr. Weary as to |
| 7 | the count relative to attempted murder. |
| 8 | MR. WEARY: |
| 9 | I object, Your Honor. |
| 10 | THE COURT: |
| 11 | So noted. |
| 12 | MR. WEARY: |
| 13 | Give reasons, Your Honor. |
| 14 | THE COURT: |
| 15 | Therefore, well, I'm following, I am |
| 16 | in compliance with the order of the |
| 17 | United States District Court that |
| 18 | indicated that to hold you guilty of both |
| 19 | counts would subject you to double |
| 20 | jeopardy. Therefore, the Court in |
| 21 | pursuant to the reasons issued by the |
| 22 | U.S. District Court, Eastern District of |
| 23 | Louisiana, Judge Berrigan, finds that the |
| 24 | count remaining which is the armed |
| 25 | robbery count is appropriate. |
| 26 | And the Court having vacated the |
| 27 | sentence as to both counts and having |
| 28 | vacated and satisfied the conviction of |
| 29 | the attempted first degree murder -- |
| 30 | MR. WEARY: |
| 31 | Excuse me, Your Honor. |
| 32 | THE COURT: |

```
 1                    Yes, sir?
 2        MR. WEARY:
 3                    I'm going to object to the vacating
 4             of the armed robbery based on State Allen
 5             versus State.  Right now as you vacate
 6             the sentencing, the armed robbery doesn't
 7             have a sentencing.
 8        THE COURT:
 9                    Well, I, that's why I'm here, I'm
10             going to sentence you.
11        MR. WEARY:
12                    I mean an actual sentence but the
13             first attempted murder does.  When you
14             vacate the sentence for the armed
15             robbery, therefore both of the sentences,
16             what it does is it removes the double
17             jeopardy because armed robbery is, I'm no
18             longer sentenced to it.  And in Adams
19             versus Butler, it's basically stating
20             that when a sentencing occurs then, do I
21             have time?
22        THE COURT:
23                    Well, I don't really quite
24             understand your argument.  And I mean I'm
25             following the specific orders of the U.S.
26             District Court.  And all I can tell you
27             is if you feel that I'm doing something
28             wrong, you bring it back to them because
29             I'm following their specific order.  I'm
30             doing it exactly and we attempted to do
31             this and through, I can't say, certainly
32             not a good, it was a good faith effort to
```

```
 1            comply with the court order previously
 2            whereby the charge of the attempted first
 3            degree murder was nolle prosed by the
 4            State.
 5                 The U.S. District Court has
 6            specifically ordered that this court
 7            vacate the conviction and sentence on the
 8            attempted first degree murder.  I am
 9            doing that here today.  I am likewise
10            vacating the sentence on the armed
11            robbery.
12                 And my intention and I am hereby
13            ordering a sentence relative to the
14            conviction of the armed robbery as
15            previously set forth in the Record of
16            seventy-years at hard labor without
17            benefit of probation, parole or
18            suspension of sentence giving you credit
19            for time served subsequent to your arrest
20            on these charges.  I advise you under
21            Article 930.8 of the Code of Criminal
22            Procedure you have two years from the
23            sentence becomes final to file
24            application for post-conviction relief.
25                 So if you aggrieved by this ruling
26            you can take it back up through the State
27            Court or through Federal Habeas.  This is
28            in compliance in my mind and Mr.
29            Hoffstadt correct me if you think I've
30            said anything inappropriate because I
31            want to make sure we're right.
32       MR. HOFFSTADT:
```

```
 1                    No, Your Honor.  That's my reading
 2              of the ruling also.
 3         THE COURT:
 4                    And that is specifically what I was
 5              ordered and instructed to do by Judge
 6              Berrigan.  I've done that.  And to the
 7              extent that you have further relief
 8              through the federal habeas system or the
 9              state court, you may pursue that.
10         MR. WEARY:
11                    I object to the sentencing.
12         THE COURT:
13                    Yes, sir.  I note your objection.
14              Thank you.
15
16                * * * * * * * * * * * *
17         (WHEREUPON, THE PROCEEDINGS WERE CONCLUDED)
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
```

<u>REPORTER'S CERTIFICATE</u>

This certificate is valid only for a transcript accompanied by my original signature and original required seal on this page.

I, Laura Chabreck, Official Court Reporter in and for the State of Louisiana, employed as an official or deputy official court reporter by The 22nd Judicial District Court for the State of Louisiana, as the officer before whom this testimony was taken, do hereby certify that this testimony was reported by me in the stenomask reporting method, was prepared and transcribed by me, or under my direction or supervision, and is a true and correct transcript to the best of my ability and understanding, that the transcript has been prepared in compliance with transcript format guidelines required by Statute or by Rules of the Board or by the Supreme Court of Louisiana, and that I am not related to Counsel or to the parties herein, nor am I otherwise interested in the outcome of this matter.

*[signature]*

Laura Chabreck, CCR
Certificate No. 22013

<u>CERTIFICATE OF FILING</u>

I hereby certify that the foregoing transcript has been submitted to the Clerk of Court's Office for filing into the record on the _____ day of _____, 2014.

*[signature]*

Laura Chabreck, CCR
Certificate No. 22013